**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SCOTT F. LINDE, AS TRUSTEE OF THE SCOTT F. LINDE FAMILY'S CORPORATION TRUST, | : | No. 492 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| ERIC LINDE AND LINDE ENTERPRISES, INC., A PENNSYLVANIA CORPORATION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.